UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JANE DOE,
        Plaintiff,

v.                                                               C.A. No.: 2020-500-WES-PAS

ORDER OF ST. BENEDICT in PORTSMOUTH,
RHODE ISLAND, a religious entity,
MICHAEL BOWEN SMITH, an individual,
and JOHN DOES 1-60, inclusive,
        Defendants.

**STIPULATION BETWEEN PLAINTIFF JANE DOE
AND DEFENDANTS ORDER OF ST. BENEDICT IN
PORTSMOUTH, RHODE ISLAND AND MICHAEL BOWEN SMITH
RELATING TO THE DISMISSAL OF DOES 1-60**

**(STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii))**

Plaintiff Jane Doe and Defendants Order of St. Benedict in Portsmouth, Rhode Island and Michael Bowen Smith stipulate to the following:

1. Does 1-60 are hereby dismissed.

///

///

///

///

///

| | |
|---|---|
| Plaintiff, Jane Doe | Defendant, Order of St. Benedict in Portsmouth, Rhode Island |
| By Her attorneys, | By Its attorneys, |
| /s/ David M. Ring<br>/s/ Neil K. Gehlawat<br>David M. Ring<br>Neil K. Gehlawat<br>Taylor & Ring<br>1230 Rosecrans Ave., Suite 500<br>Manhattan Beach, CA 90266<br>Tel: 310-209-4100<br>Email: Ring@taylorring.com<br>Email: Gehlawat@taylorring.com<br>*Admitted Pro Hac Vice* | /s/ Steven M. Richard<br>Steven M. Richard (#4403)<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>Tel: 401-454-1020<br>Fax: 401-454-1030<br>Email: srichard@nixonpeabody.com<br><br>Dated: February 24, 2021 |
| /s/ Timothy J. Conlon<br>Timothy J. Conlon<br>TJC ESQ., PSC<br>76 Westminster St., Suite 420<br>Providence, RI 02903<br>Tel: 401-400-4254<br>Email: tim@tjcesq.com<br><br>Dated: February 24, 2021 | Defendant, Michael Bowen Smith<br><br>By His attorneys,<br><br>/s/ Thomas Connolly<br>Thomas Connolly (#7497)<br>1 Courthouse Square<br>Newport, RI 02840<br>Tel: 401-699-8810<br>Fax: 401-849-0897<br>Email: tconnolly109@gmail.com<br><br>Dated: February 24, 2021 |

## **CERTIFICATE OF SERVICE**

      I certify that on the 24th day of February, 2021, this Stipulation was filed and served upon counsel of record via the Court's CM/ECF system.

                                                            /s/ Neil K. Gehlawat