# Exhibit 1

## Smith, Caitlyn

| | |
|---|---|
| **From:** | Rebecca Short <rshort@capitolprocess.com> |
| **Sent:** | Monday, May 2, 2022 10:45 AM |
| **To:** | Zielinski, Angela; nationwide@capitolprocess.com |
| **Cc:** | Smith, Caitlyn |
| **Subject:** | Re: Service of Subpoena - L. Mercer-Paiva |

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Hi Angela,

Service was attempted on 4/29 at 9:54 AM at the address provided in St. Augustine, however the server spoke with a resident there named Timothy Boyd who stated that he has lived there since April of 2021, and Lily Mercer-Paiva was unknown to him.

Please let me know if you have any questions, or how you would like to proceed with service whenever feasible. Thank you,

```
--
Rebecca Short
Out-of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P:(202)-667-0050
```
nationwide@capitolprocess.com

On 4/28/2022 12:11 PM, Zielinski, Angela wrote:

> Good morning,
>
> Can you please effectuate service of the attached Subpoena and annexed Exhibit A upon the following individual:
>
> Lily Mercer-Paiva
> 30 Hope Street
> Saint Augustine, FL 32084-3216
>
> Thereafter, please provide me with an Affidavit of Service and an invoice for your services (referencing our file number 088997/000001).  If you have any questions, please feel free to call me at 585-771-0725.
>
> Thanks,



**Angela J. Zielinski**
**Global Resource Assistant**
azielinski@nixonpeabody.com
T/ 585.263.1617  F/ 844.437.3895