UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JANE DOE,

                  Plaintiff,

v.                                              C.A. No.: 2020-cv-500-WES-PAS

ORDER OF ST. BENEDICT in PORTSMOUTH,
RHODE ISLAND,  and
MICHAEL BOWEN SMITH,

                  Defendants.

## STIPULATED FINAL JUDGMENT ENTERED
## UNDER FEDERAL RULES OF CIVIL PROCEDURE 54(b) AND 58

Based upon the Court's Memorandum and Order dated February 9, 2024 (ECF No. 84) and the Stipulation filed on February 27, 2024, it is hereby ordered as follows:

1.      Under Federal Rule of Civil Procedure 54(b), the Court expressly determines that all of Plaintiff's claims against Defendant have been adjudicated with finality by the Court's Memorandum and Order and that there is no just cause for the delay of the entry of this Stipulated Final Judgment with the assent of all parties.

2.      Under Rules 54(b) and 58, this Stipulated Final Judgment is entered in favor of Defendant Order of St. Benedict in Portsmouth, Rhode Island ("Defendant") and against Plaintiff Jane Doe ("Plaintiff").

3.      As confirmed in the Stipulation filed on February 27, 2024, Plaintiff waives her right to appeal this Stipulated Final Judgment and Defendant waives its right to submit a bill of costs under Rule 54(d).

4.      This Stipulated Final Judgment replaces the Amended Judgment entered on February 13, 2024 (ECF No. 83).

It is so ordered:

_WEsmith_

William E. Smith
United States District Judge
Dated: ~~February --, 2024~~ March 13, 2024


So stipulated:

| | |
|---|---|
| Jane Doe, | Order of St. Benedict in Portsmouth, Rhode Island |
| By Her Attorneys, | By Its Attorney, |

/s/ David M. Ring
/s/ Neil K. Gehlawat
David M. Ring (CA Bar #151124)
Neil K. Gehlawat (CA Bar # 289388)
TAYLOR & RING LLP
1230 Rosecrans Ave., Suite 360
Manhattan Beach, CA 90266
Tel: (310) 209-4100
Email: ring@taylorring.com
Email: gehlawat@taylorring.com

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Email: srichard@nixonpeabody.com
Dated:  February 27, 2024


/s/ Timothy J. Conlon
Timothy J. Conlon (#2523)
Burns & Levinson
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: (401) 831-8330
Email: tconlon@burnslev.com
Dated: February 27, 2024

4856-6630-2889.1