**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JANE DOE,
Plaintiff,

v. C.A. No.: 2020-cv-500-WES-PAS

ORDER OF ST. BENEDICT in PORTSMOUTH,
RHODE ISLAND, and
MICHAEL BOWEN SMITH,

Defendants.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jane Doe, and Defendant, Michael Bowen Smith, by and through their respective counsel of record, hereby request and stipulate to a dismissal of this action in its entirety, including all causes of action against all parties contained therein, with prejudice. Each of the undersigned parties agree that they shall bear all their own costs and attorneys' fees associated with this matter.

**IT IS SO STIPULATED.**

Plaintiff, Jane Doe,

By Her Attorneys,

/s/ David M. Ring
/s/ Neil K. Gehlawat
David M. Ring (CA Bar #151124)
Neil K. Gehlawat (CA Bar # 289388)
TAYLOR & RING LLP
1230 Rosecrans Ave., Suite 360
Manhattan Beach, CA 90266
Tel: (310) 209-4100
Email: ring@taylorring.com
Email: gehlawat@taylorring.com

/s/ Timothy J. Conlon
Timothy J. Conlon (#2523)
Burns & Levinson

Defendant Michael Bowen Smith:

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe (#2603)
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI 02903
Tel: (401) 331-3400
rratcliffe@rhgllp.com
Dated: June , 2024

One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: (401) 831-8330
Email: tconlon@burnslev.com
Dated: June , 2024